JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIE KLEVA,<br><br>Plaintiff,<br><br>   vs.<br><br>PALISADES COLLECTION, LLC,<br>and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.  CV 12-05407 RGK (AJWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION** |

The parties having stipulated to the dismissal of this action as a result of a settlement between Plaintiff Amie Kleva and Defendant Palisades Collection, LLC, the court hereby **GRANTS** the stipulation to dismiss this action with prejudice. Each party is to bear her or its own fees and costs.

Dated:  April 23, 2013

By:_____
   Hon. R. GARY KLAUSNER
   United States District Judge